

# Fourth Court of Appeals
### San Antonio, Texas

### JUDGMENT

No. 04-23-00095-CV

**SATURN AVIATION, LLC**,
Appellant

v.

**BMH AIR, LLC** and Evolution Jets, LLC,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15102
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, we:

1. AFFIRM the portion of the trial court's December 25, 2022 final judgment awarding appellee BMH AIR, LLC $498,109.28 in actual damages consisting of: (1) $262,937.40 in reasonable and necessary costs to inspect and repair the Aircraft and return it to airworthy condition; (2) $37,771.88 in reasonable and necessary costs in retaking possession of the Aircraft, having the Aircraft inspected and repaired, and returning the Aircraft to service; and (3) any prejudgment and post-judgment interest on such sum;

2. REVERSE the portion of the trial court's December 25, 2022 final judgment awarding BMH $197,400.00 in reasonable and necessary costs of replacement aircraft;

3. AFFIRM the portion of the trial court's December 25, 2022 final judgment awarding BMH $456,863.83, consisting of (1) $428,000.00 in reasonable legal fees and disbursements, (2) $28,863.83 in costs, charges, and expenses; and (3) any post-judgment interest on such sum;

4. AFFIRM the portion of the trial court's December 25, 2022 final judgment awarding appellee Evolution Jets, LLC $60,000.00 in actual damages for the return of its operating deposit paid to Saturn;

5.  REVERSE the portion of the trial court's December 25, 2022 final judgment awarding Evolution $18,595.66 for reasonable and necessary incidental and consequential costs to assist BMH in retaking possession of the Aircraft, having the Aircraft inspected and repaired and returning the Aircraft to service, as well as any prejudgment and post-judgment interest on such sum; and

6.  REMAND to the trial court for entry of a judgment that comports with the decision of this court, as well as any prejudgment and post-judgment interest on such sum, and costs allowable by law, to be determined and calculated by the trial court. *See* TEX. R. APP. P. 43.3(a).

7.  The trial court's judgment, including the February 17, 2023 order modifying final judgment in part and the February 27, 2023 amended order modifying final judgment in part, is otherwise affirmed. The parts of the trial court's judgment not reversed herein are not affected by this court's judgment herein and remain in full effect.

We ORDER costs taxed against the party incurring the same.

SIGNED July 2, 2025.

Lori Massey Brissette, Justice